

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 24, 2022

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

RE:   *Moncayo v. Equifax Information Services, LLC et al*
      Case No.: 1:21-cv-10758-JPC

Dear Judge Cronan:

We represent the Plaintiff in this matter, and write jointly with remaining defendant American Honda Finance Corporation ("the Parties") to respectfully request that the IPTC currently scheduled for June 30, 2022, be adjourned to a date after the Court-ordered mediation session.

The Parties are working with the mediator, Mr. Paul Huck, to hold the mediation session the week of July 11, and ask that the IPTC be held 30 days after the mediation session.

This is the first request to adjourn the IPTC in this matter.

We thank the Court for its kind consideration and courtesies.

                                        Respectfully Submitted,


                                        */s/ Mark Rozenberg*
                                        By:  Mark Rozenberg, Esq.

The request is granted.  The Initial Pretrial Conference, Dkt. 19, is adjourned until August 10, 2022 at 11:30 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.
Date: June 27, 2022
New York, New York

                          JOHN P. CRONAN
                          United States District Judge